■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN P. BROCKWAY, Appellant. (Appeal No. 2.) [49 NYS3d 340]— Appeal from a judgment of the Steuben County Court (Joseph W. Latham, J.), rendered July 31, 2013. The judgment convicted defendant, upon his plea of guilty, of tampering with a witness in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Brockway* ([appeal No. 1] 148 AD3d 1815 [2017]). Present—Whalen, P.J., Centra, Carni, Curran and Troutman, JJ.